IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 02547 BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN WISE,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY**

---

Petitioner has submitted a document titled "Petitioner's Motion for Extension of Time to File His Writ of Habeas Corpus Due to Justifiable Excuse." He has failed to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers which the Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   X   other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10)   X   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court. Only an original has been received.
(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___   names in caption do not match names in text
(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following form(s): Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 19th day of November, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **'08-CV-02547**

John Wise
Prisoner No. 123988
Sterling Correctional Facility
PO Box 6000
Unit 3-A-207
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on __11/21/08__

                               GREGORY C. LANGHAM, CLERK

                               By: _____
                                          Deputy Clerk